IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KANDI MLYNAR,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW SAUL, Commissioner of the Social Security Administration,<br><br>Defendant. | **ORDER FROM CHIEF JUDGE ADOPTING REPORT AND RECOMMENDATION DENYING PLAINTIFF'S MOTION TO PROCEED** *IN FORMA PAUPERIS*<br><br>Case No. 1:21-cv-00063-DAO<br><br>Magistrate Judge Daphne A. Oberg |

On April 28, 2021, Plaintiff Kandi Mlynar filed a Motion to Proceed *In Forma Pauperis*.[1] The Motion was referred to Magistrate Judge Daphne A. Oberg. Judge Oberg promptly issued a Report and Recommendation,[2] advising the undersigned to deny the Motion on the grounds that Mlynar had not shown a financial inability to pay the required filing fee.[3] Judge Oberg further recommended that Mlynar be given thirty days to pay the filing fee.[4] The Report and Recommendation states that Mlynar was required to file any objection within fourteen days.[5] Mlynar has filed no objection to the Report and Recommendation. To the contrary, she paid the required full filing fee and filed her Complaint on May 11, 2021.[6]

Pursuant to this court's General Order 20-034, the undersigned now reviews Judge Oberg's Report and Recommendation. The court finds Judge Oberg's reasoning is correct.

---

[1] Dkt. 1.
[2] Dkt. 2.
[3] *Id.* at 1.
[4] *Id.*
[5] *Id.* at 2.
[6] Dkts. 3 and 4.

Further, no party has objected to it and any objections have therefore been waived. And, Mlynar has in fact paid the full filing fee.

For these reasons, the undersigned ADOPTS the Report and Recommendation in its entirety and DENIES Mlynar's Motion to Proceed *In Forma Pauperis.*

SO ORDERED this 14th day of June, 2021.

BY THE COURT:

_____
JUDGE ROBERT J. SHELBY
United States District Court